UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

UNITED STATES OF AMERICA,

        Plaintiff,                    02:07-CR-00080-CRW(PAL)

v.

                                        ORDER

GARY COLOMBO,

        Defendant.


On August 2, 2010, Judge Mosely of the Clark County District Court phoned to discuss whether the Skinner case in his court would need to be continued to accommodate trial in this Colombo case. Skinner involves four defendants and trial has been continued multiple times. Because the Skinner trial will begin two weeks before this Colombo trial, Judge Mosely will probably not grant any motion to continue it.

On Friday, August 6, 2010 at 8:30 a.m. PDT, I will place a telephone conference call to counsel to learn from Oswaldo Fumo if the Skinner case will begin on August 9 and whether it is likely to continue past August 23. If so, the court will discuss when this Colombo case can begin after the Skinner case ends. Counsel shall have available during the telephone conference their schedules for August through October 2010.

        IT IS SO ORDERED.

        Dated this 3rd day of August, 2010.

*Charles R Wolle*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT