UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

        Plaintiff,                    02:07-CR-00080-CRW-PAL

v.

                              ORDER

GARY COLOMBO,

        Defendant.

        The court grants Gary Colombo's Petition to Proceed Without Prepayment of Costs and Fees.

        The Government shall file its Answer and Response to the Motion to Vacate by January 3, 2013. The court will then decide what further filings and proceedings will be necessary in order for a final decision to be issued and filed at an early date in 2013.

        IT IS SO ORDERED.

        Dated this 11th day of December, 2012.

*[signature: Charles R Wolle]*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT