UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

UNITED STATES OF AMERICA,

   Plaintiff,         02:07-CR-00080-CRW-PAL

v.

               ORDER

GARY COLOMBO,

   Defendant.

  Defendant may file a written response to the Government's Motion for Order Waiving Attorney-Client Privilege (Dckt# 349) and the Government's Motion for Resetting Government Deadline (Dckt # 350) on or before December 30, 2012.

  IT IS SO ORDERED.

  Dated this 19th day of December, 2012.

*(signature)*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT

1