UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

      Plaintiff,                               02:07-CR-00080-CRW

v.

                                           ORDER

GARY COLOMBO,

      Defendant.

The Government's motion (Docket #349) is unresisted. The court directs the Government to submit a proposed order granting its request that defendant Gary Colombo allow his court-appointed counsel to waive any attorney-client privilege in this case.

IT IS SO ORDERED.

Dated this 24$^h$ day of January, 2013.

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT