UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

      Plaintiff,                    02:07-CR-00080-CRW-PAL

v.

                                ORDER

GARY COLOMBO,

      Defendant.

The court grants the Government's unresisted motion (Doc. #349) for an order waiving attorney-client privilege.

For good cause:

The court orders that the attorney-client privilege in case no. 02-07-CR-80-CRW-PAL is waived with respect to the allegations in Defendant Gary Colombo's 28 U.S.C. section 2255 motion.

Defendant's court-appointed former lawyer Osvaldo Fumo shall provide the Government with an affidavit addressing the allegations of ineffective assistance in Defendant's 28 U.S.C. section 2255 motion, no later than thirty days from the date of this order.

IT IS SO ORDERED.

Dated this 29$^{h}$ day of January, 2013.

*Charles R Wolle*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT