UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

        Plaintiff,                     02:07-CR-00080-CRW-PAL

v.

                                   ORDER NUNC PRO TUNC

GARY COLOMBO,

        Defendant.

       The court must decide whether to have an evidentiary hearing, as previously scheduled for May 15, 2013; whether to grant Gary Colombo's request for appointment of a lawyer for him; whether to grant Gary Colombo's request for a continuance to allow him to prepare for the hearing; and when an evidentiary hearing, if required, should be held.

       On May 15, 2013 at 9:00 a.m. at the United States Courthouse in Las Vegas, the court will hold a hearing to address these issues.

       The U.S. Marshal's Service is directed to transport Gary Colombo to the hearing in order that the court may hear both Colombo and an assistant U.S. attorney on these issues.

       IT IS SO ORDERED.

       Dated this 8th day of May, 2013.

*Charles R Wolle*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT