UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

UNITED STATES OF AMERICA,

      Plaintiff,                          02:07-CR-00080-CRW-PAL

v.

                                       ORDER

GARY COLOMBO,

      Defendant.

      The court sets the following agenda for the NON-EVIDENTIARY hearing on Wednesday, May 15, 2013 at the U.S. Courthouse in Las Vegas in Courtroom 4A, commencing at 9:00 a.m.

      Present will be Assistant U.S. Attorney Adam Flake, and./or other U.S. Attorneys, and petitioner/defendant Mr. Gary Colombo, to be transported to the courtroom by the U.S. marshal.

      The issues to be discussed with counsel for the Government and Mr. Colombo include:

      1. Should the court grant or deny Mr. Colombo's request for appointment of the federal public defender to represent him.

      2. If a lawyer is appointed to represent Mr. Colombo, who will be that lawyer.

      3. Should the court grant Mr. Colombo's request for a continuance to prepare for an evidentiary hearing.

      4. If an evidentiary hearing is required, when should it be scheduled.

      5. Any other issues either party may wish to discuss in order that this section 2255 proceeding may fairly and efficiently be decided.

      IT IS SO ORDERED.

      Dated this 10th day of May, 2013.

*Charles R Wolle*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT