UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

       Plaintiff,                02:07-CR-00080-CRW-PAL

v.

                           ORDER

GARY COLOMBO,

       Defendant.

      Now that court-appointed counsel is representing Gary Colombo, the court directs counsel for both parties to meet and confer before the court holds the hearing on Colombo's 28 U.S.C. section 2255 petition/ motion for post-conviction relief, scheduled to begin at 9:00 a.m. on Monday, July 29, at the U.S. Courthouse in Las Vegas.

      By noon on Friday, July 26, counsel shall file a joint or separate status reports providing the undersigned senior district judge the following information:

      1) witnesses each attorney will present in person or by telephone conference call placed from the court room,

      2) exhibits each party will present,

      3) facts stipulated, if any, and

      4) the factual and legal issues to be decided following the hearing.

      Each attorney may file for the court's consideration a brief proposed decision that does not exceed ten pages in length.

      Counsel shall work with the U.S. marshal to arrange for Gary Colombo to be

1

present in the court room by 8:30 a.m. on July 29, so both parties may be ready to proceed with evidence by 9:00 a.m. that morning. Counsel shall also arrange for service of subpoenas for any witness not otherwise available for the hearing.

>IT IS SO ORDERED.
>
>Dated this 16th day of July, 2013.

*Charles R Wolle*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT